Thomas T. Chan, Cal. Bar No. 129606
Ronald M. St. Marie, Cal. Bar No. 101398
Alan I. Cyrlin, Cal. Bar No. 156622
CHAN LAW GROUP LC
911 Wilshire Boulevard, Suite 2288
Los Angeles, California 90017-3431
Telephone: (213) 624-6560
Facsimile: (213) 622-1154

Attorneys for Plaintiff
Eastrise Trading Corp.

NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTRISE TRADING CORP., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>KIM-SENG COMPANY, a California corporation; JIANG TSAI, an individual; EVON TSAI, an individual; and TOM LIN, an individual,<br><br>Defendants. | Case No. CV 97-9313 DT (RNBx)<br><br>[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF EASTRISE TRADING CORPORATION AND AGAINST DEFENDANTS KIM-SENG COMPANY, JIANG TSAI AND EVON TSAI<br><br>DATE: October 19, 1998<br>TIME: 10:00 a.m.<br>DEPT.: 255 E. Temple Street, Room 880<br>Los Angeles, California 90012<br><br>The Honorable Dickran Tevrizian |

This action came on for hearing before this Court on October 19, 1998, the Honorable Dickran Tevrizian, United States District Judge, presiding, on a motion by Plaintiff, Eastrise Trading Corporation, for summary judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

The Court determines that there is no just reason for delay and has directed entry of judgment. Therefore,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Eastrise Trading Corporation shall recover from Defendants Kim-Seng Company, Jiang Tsai, a/k/a Jiayang Tsai, a/k/a Jia Yang Tsai, and Evon Tsai, and each of them, the principal sum of $698,529.38, plus legal fees in the amount of $_____ and costs in the amount of

M:\EASTRISE.753\KIMSENG.402\PLEADING\summ jgmt

1 | $_____, for a total of $_____,

2 | plus interest thereon at the rate of 10% per annum, as provided by law.

3 |     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a permanent injunction shall be entered, in a separate order, enjoining Defendants, together with their respective officers, agents, servants, employees, and attorneys, as well as all persons in active concert or participation with them, from infringing on Plaintiff's trademarks.

    The undertakings filed by Plaintiff in this case are hereby canceled, and the Surety, Amwest Surety Insurance, is hereby released as to said undertakings.

Dated: NOV - 9 1998, 1998

_____
Dickran Tevrizian
United States District Judge

Presented by:

CHAN LAW GROUP LC

_____
Alan I. Cyrlin
Attorneys for Plaintiff
Eastrise Trading Corp.

Y:\EASTRISE.753\KIMSENG.402\PLEADING\summ jgmt

2

# PROOF OF SERVICE

STATE OF CALIFORNIA,      )
                          ) SS.
COUNTY OF LOS ANGELES     )

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On **October 27, 1998**, I served a true copy of **[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF EASTRISE TRADING CORPORATION AND AGAINST DEFENDANTS KIM-SENG COMPANY, JIANG TSAI AND EVON TSAI**, by

[ ]  personally delivering it to the person(s) indicated below in the manner as provided in F.R.Civ.P. 5(b);

[X]  by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following.

[ ]  causing it to be transmitted by facsimile from the following facsimile machine telephone number: (213) 622-1154, to the addressees listed below at the facsimile number listed beneath each address.

James C. Potepan, Esq.
Cooper, Kardaras & Scharf
141 E. Walnut St.
Pasadena, CA 91103
Fax No.: (626) 795-3839

Executed on **October 27, 1998**, at Los Angeles, California.

[ ]  I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[X]  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Mark W. Johnson

Y:\EASTRISE.753\KIMSENG.402\PLEADING\summ jgmt