# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**FILED**
JUN 10 1999

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EASTRISE TRADING CORP., a New York corporation, aka Seal 1,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>KIM-SENG COMPANY, a California Corporation, aka Seal A; et al.,<br><br>Defendants-Appellants. | No. 99-55134<br><br>DC# CV-97-09313-DT<br>Central District of California<br>(Los Angeles)<br><br>ORDER |

LODGED
CLERK, U.S. DISTRICT COURT
JUN 15 1999
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Pursuant to the stipulation of the parties, this appeal is dismissed. Fed. R. App. P. 42(b).

A certified copy of this order shall serve as the mandate of this court.



Closed

FILED
CLERK, U.S. DISTRICT COURT
JUN 16 1999
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

__ Docketed
__ Mld copy Ptys
__ Mld Notice Ptys
__ JS-6

FOR THE COURT

_Ann Julius_
Ann Julius
Circuit Mediator

ENTERED
CLERK, U.S. DISTRICT COURT
JUN 18 1999
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JUN 10 1999
by: _____
Deputy Clerk

S:\CASES\1999\99-55134\99-06-07-dis.wpd

JUN 18 1999